UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                      MISC. NO. 08-mc-51040

    -vs-

                                        HON. ROBERT H. CLELAND

AHMAD MAKKI,

    Respondent.
_____/

## ORDER DISMISSING PETITION TO ENFORCE IRS SUMMONS

    Petitioner having advised the Court that respondent, Ahmad Makki, has complied with the Internal Revenue Service Summons served upon him on April 10, 2008, by providing the Revenue Officer with the information sought in the summons;

    IT IS HEREBY ORDERED that the petition to enforce IRS summons brought against respondent, Ahmad Makki, by the petitioner is hereby dismissed without prejudice and without costs.

                                                    S/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated: March 10, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on

this date, March 10, 2009, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

_____